FILED & JUDGMENT ENTERED
Steven T. Salata

May  8 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>**WILLIAM N. ADKINS,**<br><br>Debtor. | Case No.: 12-31050-JCW<br><br>Chapter 7 |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**R. KEITH JOHNSON,** chapter 7 trustee, **YEOPIM PARTNERS, LLC,** a North Carolina limited liability company, and **WATERFRONT GROUP NC, LLC**, a North Carolina limited liability company,<br><br>Defendants. | Adv. Proc. No. 16-03307-JCW |

## ORDER EXTENDING DISCOVERY PERIOD

On motion of Plaintiff International Fidelity Insurance Company and with the consent of counsel for the Trustee and for Yeopim Partners, LLC, to the entry of this order, now, therefore, it is hereby

ORDERED that the discovery period be and hereby is extended to and through August 7, 2017.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of this Order. | United States Bankruptcy Court Western District of North Carolina |