# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM N. ADKINS | ) | CASE NO. 12-31050 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| INTERNATIONAL FIDELITY INSURANCE COMPANY | ) | ADV. PROC. NO. 16-03307 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR STATUS HEARING** |
| v. | ) | |
| | ) | |
| R. KEITH JOHNSON and YEOPIM PARTNERS, LLC and WATERFRONT GROUP NC, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**COMES NOW** R. Keith Johnson, Chapter 7 Trustee for the bankruptcy estates of William N. Adkins (debtor identified above – case no. 12-31050), and Mark Robert Adkins (case no. 12-31051) and a Defendant in this action, and moves the Court to schedule and conduct a status hearing as relates to this matter. Previous counsel for Yeopim Partners, LLC, a Defendant, unexpectedly died, and at this point it appears that Yeopim Partners, LLC is without counsel. The undersigned would request that the Court conduct a status hearing, with notice to its Registered Agent, Hugh Franklin, its Managing Member, Joe Stevens, and its General Manager, Demeter Properties, LLC, all having the address of 19421-A Liverpool Parkway, Cornelius, North Carolina 28031-6283, as shown on the report of the North Carolina Secretary of State, a copy of which is attached. Also attached is a report on Demeter Properties, LLC, which shows that its Manager is Joseph B. Stevens.

Because a previously extended discovery deadline is drawing near, and because the undersigned was attempting to schedule depositions through Mr. Hunter prior to his untimely death, the undersigned believes that a status hearing will be helpful in moving these matters forward, and allowing the parties to conduct necessary discovery.

**WHEREFORE,** the undersigned prays that the Court schedule and provide notice of a status hearing in this adversary proceeding, with notice given to the Plaintiff, the undersigned, and to Hugh Franklin, Joe Stevens, and Demeter Properties, LLC.

This the 9th day of August, 2017.

/s/ R. Keith Johnson
R. Keith Johnson, Trustee
and Attorney for Trustee
(Bankruptcy Estate of William N. Adkins and
 Bankruptcy Estate of Mark R. Adkins)
NC State Bar No. 8840
1275 Highway 16 South
Stanley, NC 28164
(704)-827-4200

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM N. ADKINS | ) | CASE NO. 12-31050 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| INTERNATIONAL FIDELITY INSURANCE | ) | ADV. PROC. NO. 16-03307 |
| COMPANY | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| R. KEITH JOHNSON and YEOPIM PARTNERS, | ) | |
| LLC and WATERFRONT GROUP NC, LLC | ) | |
| | ) | |
| Defendants. | ) | |

    This is to certify that the undersigned has this date served a copy of the Motion for Status Hearing in the above entitled action upon the parties below by depositing a copy hereof, postage paid, in the United States Mail:

William N. Adkins
16315 Belle Isle Dr.
Cornelius, NC 28031

Joseph W. Grier, III (ECF)
Attorney for Debtor

David M. Grogan, Esq.
Shumaker, Loop, & Kendrick, LLP
101 S. Tryon St., Suite 2200
Charlotte, NC 28280

Hugh Franklin, Registered Agent
19421-A Liverpool Pkwy.
Cornelius, NC 28031-6283

Joseph B. Stevens
19421-A Liverpool Pkwy.
Cornelius, NC 28031-6283

Demeter Properties, LLC
19421-A Liverpool Pkwy.
Cornelius, NC 28031-6283

    This the 9th day of August, 2017.    /s/ R. Keith Johnson
    R. Keith Johnson, Trustee
    and Attorney for Trustee
    (Bankruptcy Estate of William N. Adkins and
    Bankruptcy Estate of Mark R. Adkins)
    NC State Bar No. 8840
    1275 Highway 16 South
    Stanley, NC 28164
    (704)-827-4200



*Elaine F. Marshall*
*Secretary*

**North Carolina**
# DEPARTMENT OF THE SECRETARY OF STATE
PO Box 29622 Raleigh, NC 27626-0622  (919)814-5400

Account Login
Create Site Account

**Click Here To:**

View Document Filings   File an Annual Report   Amend a Previous Annual Report
Print a Pre-Populated Annual Report form

### Corporate Names

**Legal:**   Demeter Properties, LLC

### Limited Liability Company Information

| | |
|---|---|
| **SosId:** | 1093588 |
| **Status:** | Current-Active |
| **Annual Report Status:** | Current |
| **Citizenship:** | Domestic |
| **Date Formed:** | 4/21/2009 |
| **Fiscal Month:** | December |
| **Registered Agent:** | Hugh Franklin Attorney at Law |

### Corporate Addresses

| | |
|---|---|
| Mailing: | 19421 Liverpool Parkway<br>Cornelius, NC 28031-6283 |
| Principal Office: | 19421 Liverpool Parkway<br>Cornelius, NC 28031-6283 |
| Reg Office: | 19421 Liverpool Parkway<br>Cornelius, NC 28031-6283 |
| Reg Mailing: | 19421 Liverpool Parkway<br>Cornelius, NC 28031-6283 |

### Company Officials
All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

**Manager:**   Joseph B. Stevens
              19421 Liverpool Parkway
              Cornelius NC 28031



*Elaine F. Marshall*
*Secretary*

North Carolina
# DEPARTMENT OF THE SECRETARY OF STATE
PO Box 29622 Raleigh, NC 27626-0622  (919)814-5400

Account Login
Create Site Account

**Click Here To:**

View Document Filings    File an Annual Report    Amend a Previous Annual Report
Print a Pre-Populated Annual Report form

## Corporate Names

| | |
|---|---|
| Legal: | Yeopim Partners, LLC |

## Limited Liability Company Information

| | |
|---|---|
| SosId: | 1342170 |
| Status: | Current-Active |
| Annual Report Status: | Current |
| Citizenship: | Domestic |
| Date Formed: | 10/9/2013 |
| Fiscal Month: | January |
| Registered Agent: | Franklin, Hugh |

## Corporate Addresses

| | |
|---|---|
| Mailing: | 19421-A Liverpool Parkway<br>Cornelius, NC 28031-6283 |
| Principal Office: | 19421-A Liverpool Parkway<br>Cornelius, NC 28031-6283 |
| Reg Office: | 19421-A Liverpool Parkway<br>Cornelius, NC 28031-6283 |
| Reg Mailing: | 19421-A Liverpool Parkway<br>Cornelius, NC 28031-6283 |

## Company Officials
All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

| | |
|---|---|
| General Manager: | Demeter Properties, LLC<br>19421 Liverpool Parkway<br>Cornelius NC 28031-6283 |
| Managing Member: | Joe Stevens<br>19421 Liverpool Parkway<br>Cornelius NC 28031 |