FILED & JUDGMENT ENTERED
Steven T. Salata

August 11 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **William Adkins** ) | |
| ) | |
| ) | Case No. 12-31050 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| **International Fidelity Insurance** ) | |
| **Company** ) | |
| ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding |
| ) | No. 16-3307 |
| v. ) | |
| ) | |
| **R. Keith Johnson (Ch. 7 Trustee),** ) | |
| **Yeopim Partners, LLC, and** ) | |
| **Waterfront Group NC, LLC** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**THIS MATTER** came before the Court on the motion by defendant R. Keith

Johnson for a status conference. Having shown good cause, the parties are hereby

ordered to appear for a status conference on September 25, 2017 at 9:30 AM at the

Charles R. Jonas Federal Courthouse in Charlotte, North Carolina. The Clerk is directed

1

to serve this order on all parties in the adversary proceeding. Because Yeopim Partners, LLC is now without counsel, service on that entity should be made on its Registered Agent, Hugh Franklin, its Managing Member, Joe Stevens, and its General Manager, Demeter Properties, LLC, all at 19421-A Liverpool Parkway, Cornelius, North Carolina 28031-6283.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |